UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRADLEY LAURENT,<br>    Plaintiff,<br><br>        v.<br><br>PROGRESSIVE AUTO DIRECT<br>    Defendant. | No. 24-CV-11887-AK |

**ORDER ON PLAINTIFF'S IFP MOTION, FOR A HEARING, AND TO MODIFY DEFENDANT COMPANY'S NAME**

**A. KELLEY, D.J.**

1. Plaintiff Bradley Laurent's Application to Proceed in District Court Without Prepaying Fees or Costs [Dkt. 2] is **GRANTED**.

2. Plaintiff's Motion for Hearing [Dkt. 5] is **DENIED**.

3. Plaintiff's Motion to Modify Company Name [Dkt. 7] is **GRANTED**. The Clerk shall change the Defendant's name on the CM/ECF docket from Progressive Advanced Insurance Company to Progressive Auto Direct. The Clerk shall issue a summons for Defendant Progressive Auto Direct and shall send the summons, complaint and this Order to Plaintiff, who must thereafter serve the Defendant in accordance with Federal Rule of Civil Procedure 4(m). Plaintiff shall have 90 days from the date of the issuance of the summons to complete service.

4. Because Plaintiff has been granted leave to proceed *in forma pauperis*, Plaintiff may arrange for service by the United States Marshals Service. If directed by Plaintiff to do so, the United States Marshals Service shall serve the summons, complaint, and this Order upon the Defendant, in the manner directed by Plaintiff, with all costs of service to be advanced by the United States. Notwithstanding this Order to the United States Marshals Service, it remains

2

Plaintiff's responsibility to provide the United States Marshals Service with all necessary paperwork and service information.

      **SO ORDERED.**

Dated: December 9, 2025                               /s/ Angel Kelley  
                                                                                Hon. Angel Kelley  
                                                                                United States District Judge